State *v.* Foster.

### THE STATE *v.* JOHN FOSTER.

ATTORNEY-GENERAL. *Fees.* The Attorney-General is entitled to no fee where a forfeiture is taken against a witness and afterwards set aside at the cost of the county.

FROM SHELBY.

Attorney-General LEA for the State.

T. W. BROWN for the District Attorney-General.

Forfeiture was taken in the Criminal Court of Shelby County, L. B. Horrigan, J., presiding, against witness Foster, and attachment issued. Afterwards the forfeiture was set aside and the attachment dismissed at the cost of the county.

The Attorney-General moved the Court to tax a fee in his favor of two dollars and fifty cents, which the Court refused to do, and thereupon the Attorney-General appealed.

Opinion by the Court: The judgment in this case is affirmed.